**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6107**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

       versus

CLAYTON DOUGLAS DANGERFIELD,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Charleston. David C. Norton, District Judge. (CR-93-83)

———————

Submitted: April 13, 2000            Decided: April 21, 2000

———————

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Clayton Douglas Dangerfield, Appellant Pro Se. Matthew R. Hubbell, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clayton Douglas Dangerfield seeks to appeal the district court's orders denying his 1997 motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999), denying relief on his second habeas motion, denying his motion for reconsideration before a three-judge panel, and denying his two motions for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appeal-ability, dismiss as frivolous the portion of Dangerfield's appeal which challenges the denial of his first § 2255 motion,[*] and dis-miss the remainder of Dangerfield's appeal on the ground that his second habeas motion is successive. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court, and argument would not aid the decisional process.

DISMISSED

---

[*] Dangerfield's appeal of this order was dismissed in United States v. Dangerfield, No. 98-6694 (4th Cir. Nov. 16, 1998) (unpublished).

2